**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JESSE RANDOLPH JONES**                                                            **PLAINTIFF**

**VS.**                                        **4:17CV00021-BRW-JJV**

**RANDY MURRY, Jail Administrator,**
**Van Buren County Detention Center;** *et al.*                                **DEFENDANTS**

<u>**ORDER**</u>

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed and the time for doing so has passed.

After careful consideration, I adopt the Proposed Findings and Partial Recommended Disposition in its entirety as my findings in all respects. Accordingly, Defendant Willoughby's Motion to Dismiss (Doc. No. 26) is GRANTED and he is dismissed without prejudice as a party to this cause of action; and Defendant Linkous's Motion to Dismiss (Doc. No. 28) is DENIED without prejudice.

I certify that an *in forma pauperis* appeal from this order would not be taken in good faith.1

IT IS SO ORDERED this 28th day of June, 2017.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

1 28 U.S.C. § 1915(a)(3),

1