IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JESSE RANDOLPH JONES**                                                                                    **PLAINTIFF**

VS.                                             **4:17CV00021-BRW-JJV**

**RANDY MURRY, Jail Administrator,**
**Van Buren County Detention Center;** *et al.*                                              **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition (Doc. No. 36) submitted by United States Magistrate Judge Joe J. Volpe.   No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Accordingly, Defendant Linkous's Motion to Dismiss (Doc. No. 34) is GRANTED and he is dismissed without prejudice as a party to this cause of action;

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

IT IS SO ORDERED this 21st day of July, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE