IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSE RANDOLPH JONES                                                    PLAINTIFF

v.                                     4:17CV00021-BRW

RANDY MURRAY, Jail Administrator,
Van Buren County Detention Center; *et al.*                              DEFENDANTS

## **ORDER**

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, the Clerk of the Court is directed to amend the docket to reflect the correct spelling of Defendant Randy Murray's name. (Doc. No. 11 at 1.)

Defendants' Motion for Summary Judgment (Doc. No. 38) is GRANTED.

Plaintiff's claims against Defendants Murray and Sutterfield are DISMISSED with prejudice.

Plaintiff's Complaint (Doc. No. 2) is DISMISSED.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 13th day of November, 2017.

                                                      /s/ Billy Roy Wilson _____
                                                      UNITED STATES DISTRICT JUDGE