IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSE RANDOLPH JONES                                                          PLAINTIFF

v.                                    4:17CV00021-BRW

RANDY MURRAY, Jail Administrator,
Van Buren County Detention Center; *et al.*                                   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 13th day of November, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE